Henry J. Byrne et al., co-executors and co-trustees under the last will and testament of Henry Byrne, deceased, complainants-respondents,

*v.*

Henry J. Byrne et al., defendants-appellants, and Henry J. Byrne et al., defendants-respondents.

[Submitted May term, 1938. Decided September 16th, 1938.]

*Mr. John G. Flanigan (Mr. Paul J. Duffy, of counsel), for the appellants.*

*Messrs. Milton, McNulty & Augelli, for the complainants-respondents.*

*Mr. Clarence F. McGovern, for the defendants-respondents Mary Brady, August Coleman and Annie Byrne.*

*Messrs. Burke, Sheridan & Hourigan (Mr. Edmund B. Hourigan, of counsel), for the defendant-respondent Henry J. Byrne.*

Per Curiam.

We are in accord with the conclusion of the learned vice-chancellor that the annuities granted by the fourth clause of the will of Henry Byrne, deceased, are payable out of the income only, and are not a charge upon the *corpus.*

This is the sole question presented by the appeal; and the decree is accordingly affirmed.

*For affirmance*—The Chief-Justice, Trenchard, Parker, Case, Bodine, Donges, Heher, Perskie, Porter, Hetfield, Dear, Wells, WolfsKeil, Rafferty, Walker, JJ. 15.

*For reversal*—None.